UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ASYMMETRX MEDICAL, INC,  )
ASYMMETRX, INC.,  )
FRANK McKEON, PETER McKEON,  )
ANNIE YANG WEAVER,  )
NANA YAMAMOTO, and  )
MATTHEW VINCENT,  )   CIVIL ACTION
                                                                )   NO. 11-11079-NMG
     Plaintiffs,  )
  v.  )
                                                                )
MARIA McKEON and JUN LIU,  )
                                                                )
     Defendants.  )

## REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

March 2, 2012

DEIN, U.S.M.J.

### I. INTRODUCTION

The disintegration of the McKeon family's relationships and the resulting impact on their joint business venture has engendered hotly contested litigation both in this court and in the State of Connecticut. This matter is before the court on several related motions: Plaintiffs' Motion for Partial Summary Judgment (Docket No. 15), the Motion of Defendant Maria McKeon to Dismiss the Amended Complaint (Docket No. 11), which all parties agree should involve consideration of extrinsic evidence beyond the complaint, and the Motion of Defendant Jun Liu to Dismiss the Amended Complaint (Docket No. 36), which substantively adopts Maria McKeon's Motion to Dismiss. These motions all

*After consideration of plaintiffs' objections thereto, Report and Recommendation accepted and adopted.*

*NMGorton, USDJ 3/20/12*