UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASYMMETRX MEDICAL, INC, <br> ASYMMETRX, INC., <br> FRANK McKEON, PETER McKEON, <br> ANNIE YANG WEAVER, <br> NANA YAMAMOTO, and <br> MATTHEW VINCENT, <br><br> Plaintiffs, <br><br> v. <br><br> MARIA McKEON and JUN LIU, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 11-11079-NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## REPORT AND RECOMMENDATION ON THE DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT

March 5, 2012

DEIN, U.S.M.J.

### I. INTRODUCTION

This matter is before the court on the motions of the defendants Maria McKeon ("Ms. McKeon") (Docket No. 11) and Jun Liu ("Dr. Liu") (Docket No. 36)[1] to dismiss

---

[1] Dr. Liu has joined Ms. McKeon's motion to dismiss Count I (declaratory judgment), as that is the only count directed to Dr. Liu. In addition to objecting to Dr. Liu's motion to dismiss for the same reasons as they object to Ms. McKeon's motion, the plaintiffs contend that Dr. Liu's motion should be denied because it only incorporates Ms. McKeon's memorandum by reference, and does not include separate supporting documents as required by Local Rule 7.1(B)(1). (See Opp. (Docket No. 40)). Since Dr. Liu is appearing pro se, and there would be no benefit to the court to have another set of pleadings addressing the same issues as those raised in connection with Ms. McKeon's motion to dismiss, this court recommends that Dr. Liu's express reference to Ms. McKeon's pleadings be deemed sufficient to comply with L.R. 7.1(B)(1).

*After consideration of defendants' objection thereto (Docket No. 44) and plaintiffs' objections thereto (Docket No. 45), the Report and Recommendation is accepted and adopted in all respects except that, rather than being ordered to file an amended complaint, plaintiffs are permitted to file, on or before Wednesday, April 11, 2012 an amended complaint consistent with the decisions of this Court.* — /s/ NMGorton, USDJ 3/20/12